8/21/08

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT of DELAWARE

FILED
AUG 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Kenneth Abraham (KA),
Petitioner

v.

Delaware Dept. of Corrections
D.O.C. et. al.

Case No 08-452 SLR

Demand or Motion or Request for Trial by Jury, Petition Declaratory Judgment (and renewed Request for Counsel)

Comes Now Petitioner, KA, who on this 21st day of August 2008, Moves this Honorable Court as follows:

(1) In accordance with Federal Rules CP #5, 38 and 39, 28 USC §2201, and 10 Del C. §6508, which I have just received and reviewed, I request a trial by jury in this case, a Petition for Declaratory Judgment on these issues:

a) whether facts alleged and to be proved show that the "GreenTree Program" violates provisions of US Constitution, as claimed.
b) whether facts alleged and to be proved show that the "GreenTree Program" violates certain Delaware statutes, as claimed.
c) whether the facts alleged and to be proved show that the actual operation of said "GreenTree Program" is detrimental or harmful to the health & welfare, (including mental health) of its participants.

(2) For the many reasons already explained, Petitioner, KA requests appointment of counsel.

Respectfully Submitted,

KA

(Over)

Kenneth Abraham, SHU 18 BL2, # 173040
Vaughn CC, 1181 Paddock Rd, Smyrna, DE 19977

Certificate of Service

I, Ken Abraham, do certify that on this 25th day of August, 2008, I did place in the U.S. Mail a copy of this pleading (Request for Jury Trial - case 08-452) to the defendants at:

Attorney General
Carvel State Office Bldg.
820 N. French Street, Wilmington, DE 19801

K.N.A.



CA08-452 SLR

8/20/08

To: Peter Dalleo
Clerk - U.S. Dist. Ct.

From: Ken Abraham

re: Case 08-452 Declaratory Judgment case.
Abraham v. D.O.C. et al

Dear Mr. Dalleo,
  Enclosed are Original and Three (3) copies of the Demand for Jury Trial and Renewed Request for Counsel in this case. Also mailed to Attorney General this date.

  Thank you for your attention to this.

Respectfully,

Kenneth Abraham
173040 SHU18 BL2
Vaughn CC, 1181 Paddock Rd
Smyrna, DE 19977

FILED
AUG 2 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE